**Order entered July 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

Before the Court is appellant's June 25, 2014 second opposed motion for extension of time to file a brief, appellee's response, and appellant's reply. In her extension motion, appellant states that the clerk's record must be supplemented but she is unable to pay the clerk's fee. Appellant asks not only for a ninety-day extension of time to file her brief but also additional time to file an affidavit of indigence. We **GRANT** appellant's motion to the extent we **STAY** the briefing deadline pending appellant's written verification that she has filed an affidavit of indigence with the trial court in compliance with Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1. We **ORDER** appellant to file the verification no later than July 11, 2014. Failure to timely comply may result in the briefing deadline being reinstated.

/s/      ELIZABETH LANG-MIERS
         JUSTICE